**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Holding a Criminal Term**
**Grand Jury Sworn in on July 1, 2026**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** |
| **v.** | **MAGISTRATE NO.: 26-MJ-00201** |
| **TROY COVINGTON,** | **VIOLATION:** |
| | **18 U.S.C. § 922(g)(1)** |
| **Defendant.** | **(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)** |
| | **18 U.S.C. § 922(i)** |
| | **(Unlawful Transportation of a Stolen Firearm)** |
| | **FORFEITURE:** |
| | **18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)** |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about November 2, 2026, within the District of Columbia, **TROY COVINGTON,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2018 CF3 005653, did unlawfully and knowingly receive and possess a firearm, that is, a Sig Sauer 9mm semi-automatic firearm, Serial Number 58C460329, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year,** in violation of Title 18, United States Code, Section 922(g)(1))

**COUNT TWO**

On or about between October 28, 2026, to November 2, 2026, within the District of Columbia, **TROY COVINGTON**, knowingly transported in interstate commerce, from Maryland to Washington, D.C., a stolen firearm, that is a Sig Sauer 9mm semi-automatic firearm, Serial Number 58C460329, knowing and having reasonable cause to know the firearm was stolen.

(**Unlawful Transportation of a Stolen Firearm**, in violation of Title 18, United States Code, Section 922(i)

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count One or Two of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to a Sig Sauer 9mm semi-automatic firearm, Serial Number 58C460329, and any ammunition.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: ______________________
GAURI GOPAL
Assistant United States Attorney

A TRUE BILL:

______________________
FOREPERSON.